B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>**Northern District of Illinois, Eastern Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wehrli Home Appliances, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3135753** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**500 W. 5th Av.**<br>**Naperville, IL**<br>ZIP Code **60563** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**946 Norwood Ct.**<br>**Naperville, IL**<br>ZIP Code **60540** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)     Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Wehrli Home Appliances, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)     (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Wehrli Home Appliances, Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Kent A. Gaertner**
Signature of Attorney for Debtor(s)

**Kent A. Gaertner 3121489**
Printed Name of Attorney for Debtor(s)

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**

Address

**630-510-0000  Fax: 630-510-0004**
Telephone Number

**February 27, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Douglas Wehrli**
Signature of Authorized Individual

**Douglas Wehrli**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February 27, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re    **Wehrli Home Appliances, Inc.**                       ,     Case No. _____

                            Debtor                   Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 8 | 466,305.57 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 525,907.38 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 28,525.90 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 436,870.84 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 466,305.57 | | |
| Total Liabilities | | | | 991,304.12 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re   **Wehrli Home Appliances, Inc.**                                                        ,      Case No. _____

Debtor

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Wehrli Home Appliances, Inc.**                                ,    Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |
| | | Sub-Total > | 0.00 | (Total of this page) |
| | | Total > | 0.00 | |
| | | (Report also on Summary of Schedules) | | |

__0__  continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Wehrli Home Appliances, Inc.**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **General Checking Account at West Suburban Bank Account #6100044196** | - | 113.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit on 500 W 5th Av. Naperville, Il. given to Landlord Mill Street Properties, LLC. applied to past due rent upon default.** | - | 7,700.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    7,813.00
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Wehrli Home Appliances, Inc.**                              ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **See List Attached. Sch. B-16 addendum** | - | 123,492.57 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Court ordered restitution in DuPage County Case #2001 VR 007013. Accountant employed by Debter embezzled $450,000. Restitution is supposed to be made at $200/month to the Clerk of the DuPage County Circuit Court. Payments are current as of filing. Full collectability is doubtful.** | - | **Unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    **123,492.57**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Wehrli Home Appliances, Inc.**                                    ,    Case No. _____
                                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 GMC W4500 Truck w/ 100K miles- Value $15000** **Location: 500 W. 5th Av., Naperville IL** **1994 GMC W4S042 Truck- Value $0  Does not run. Used for storage.** **Location: 500 W. 5th Av., Naperville IL** | - | 15,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computer server, software, computers, moniters, keyboards, printers, copy machine, fax machine, desks, chairs, file cabinets and office supplies.** | - | 10,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Vendor Kitchens/Vignettes cabinets and countertops - $55,000.  Appliance installation parts and supplies - $2,000.  Tools, dollys and carts - $2,500.  Warehouse shelving - $500.** | - | 60,000.00 |
| 30. Inventory. | | **See List Attached as Schedule B-30 (a) addendum. All Inventory listed at Debtor's cost for a total of $379,811.76.  Actual value at liquidation estimated to be not more than $250,000.** | - | 250,000.00 |
| 31. Animals. | X | | | |

Sub-Total >    335,000.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Wehrli Home Appliances, Inc.**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 466,305.57 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

**DEBITORS (ALL THOSE OVER $ 500.00)**

$200
AARCO CONSTRUCTION
9 SOUTH 760 BROOKBANK RAOD
BURR RIDGE, il 60527

$6971
ALKO CONSTRUCTION
12 N. ASHLAND AVE, SUITE 400
CHICAGO, IL 60622
773 529 3067

$4768
ASHTON BUILDERS
908 E. HILLSIDE
NAPERVILLE, IL 60540
630 369 2069

$589
DAN BRANNIGAN
381 KROMRAY ROAD
LEMONT, IL 60439
630 730 5276

$1300
CLARENDON HILL HOMES
7628 W. MADISON STREET
FOREST PARK, IL 60130

$3867
D.J.K. CUSTOM HOMES, INC
P.O.BOX 3891
NAPERVILLE, IL 60567
630 369 1953

$346
GALILEO CONTRACTORS
5S. 625 VEST
NAPERVILLE, IL 60563
630 420 2565 OR 708 606 0147

~~JR'S CRATIVE LANDSCAPING~~
~~31W. 026 SCHOGER DRIVE~~
~~NAPERVILLE, IL 60564~~
~~630 922 9121 OR 630 675 1641~~

$4089
KACKERT ASSOCIATES
1387 BUTTERFIELD ROAD
AURORA, IL 60540
630 692 7971

$717
KAUPER HOMES
453 STAGECOACH RUN
GLEN ELLYN, IL 60137
630 890 2164

$5771
LAKESHORE DEVELOPMENT
601 SOUTHBURY BOULEVARD
OSWEGO, IL 60543
630 551 7933

LIVERPOOL LEEDS & CO.
P.O. BOX 4407   $7187.06
NAPERVILLE, IL 60567
630 961 9120

McCARTHY BUILDERS   $14,600.29
P.O. BOX. 3077
LISLE, IL 60532
630 434 0790

CORNERSTONE BUILDING LLC.
8662 MATTHEWS STREET   $3448.24
CROWN POINT, IN 46307
219 756 3100

PATTERMAN BUILDERS
4444 WHITE ASH LANE   $1000
NAPERVILLE, IL 60564
630 420 8800

$13992.23
THOMAS SHEA PROPERTIES
LAWSUIT PENDING   $17882.31
DON@THOMASSHEAPROPERTIES.COM
630 536 8559

WILLIAMS BUILDING & LAND
20 HATHAWAY CRESCENT
AURORA, IL 60506   $3927.03
630 845 1704

CINDY PHUNG   $2439.29
C/O DRB PROPERTIES
P.O. BOX 1199
PLAINFIELD, IL 60544
815 267 8701

ANDY LIN   $552.68
C/O DRB PROPERTIES
P.O. BOX 1199
PLAINFIELD, IL 60544
815 267 8701

WALTER BOZOVIC   $2389.16
608 NELSON DRIVE
WESTMONT, IL 60559
630 300 8360

JIM VELDEZ   $1719.74
535 E. BRYNMAUR
ROSELLE, IL 60172
630 202 5922

JEAN KRAFT   $2305.40
1316 SAXON LANE
NAPERVILLE, IL 60564
630 904 2465

TONY KAUZLARICH
10791 NIAGRA LANE   $1908.00
HUNTLEY, IL 60142
224 688 5257

DENNIS JOHNSON   $600.00
6S. 251 NEW HOPE ROAD
NAPERVILLE, IL 60540

SEAGROVE DEVELOPMENT CORP.
1220 IROQUOS AVE
NAPERVILLE, IL 60540   $5912.72
312 859 5075

LINDA YOUNG   $1212.93
3220 ARBOR LANE
PRAIRIE GROVE, IL 60014
847 438 6292

LORI ZACHMAN   $2114.44
1743 WRIGHT DRIVE
SANDWICH, IL 60548
815 546 9920 OR 815 341 3072

SKIP HORNBECK   $777.56
2324 REMINGTON DRIVE
NAPERVILLE, IL 60565

CADEN BUILDERS   $1459.63
807 WELLNER
NAPERVILLE, IL
312 968 5310

ROBERT LORD BUILDERS   $160.00
2020 DEAN STREET
ST. CHARLES, IL 60174
630 584 9009

CLASSIC CREATIONS   $1300.00
1815 OGDEN AVE
LISLE, IL 60532
630 796 1800

TOTAL
$123,492.57

**Debitors (less than $ 500.00)**

$106 75
ASPEN CUSTOM HOME
3539 SCOTTSDALE CIRCLE
NAPERVILLE, IL 60564
630 416 7744

JEFF BOWEN   $100 01
2632 SADDLEBROOK COURT
NAPERVILLE, IL 60564

JOHN PYLE   $185 06
1637 N. BELL AVE
CHICAGO, IL 60647
708 212 1959

$86 88
BLACKBERRY CUSTOM HOMES
4345 DIPAOLO CENTER
GLENVIEW, IL 60025
847 390 9200

ANITA DZIEDZIC   $50 00
5075 HALF ROUND ROAD
OSWEGO, IL 60543
630 551 2448

JIM ABETE   $89 00
1808 BELOIT COURT
NAPERVILLE, IL 60565

$226 48
BRITTANY HOMES
P.O. BOX 382
NAPERVILLE, IL 60566
630 236 0044

POWER CONSTRUCTION
4900 REILLY PLACE
LISLE, IL 60532   $266 50
630 963 7458

WEHRLI SERVICES   $365 50
24705 103RD STREET
NAPERVILLE, IL 60564
630 904 2244

$120 80
CAMELOT MARKETING
6325 N. AVONDALES AVE, SUITE 110
CHICAGO IL 60631
773 792 2500

RON HAYWOOD   $197 26
3144 TREESDALE COURT
NAPERVILLE, IL 60564
205 243 7686

DIANE GASPAR   $175 60
734 WOODLAWN
NAPERVILLE, IL
630 222 8225

$125 00
IHP DEVELOPMENT
4830 BUTTERFIELD ROAD
HILLSIDE, IL 60162
708 227 5958

CHRIS RITTER-STERR   $76 03
4709 OAKWOOD DRIVE
DOWNERS GROVE, IL 60515
630 420 0443

CASEY SULARSKY   $150 00
885 WOODGLEN DRIVE
NAPERVILLE, IL 60564
630 985 5533

~~KEVIN KERNS~~
~~2210 EDGEBROOK DRIVE~~
~~LISLE, IL 60532~~
~~630 215 8260~~

SAI & KAVITHA REDDY   $150 00
4022 TEAK CIRCLE
NAPERVILLE, IL 60565
630 548 4088

JOHN THOMPSON   $277 60
2503 STONE HENGE DRIVE
AURORA, IL 60502
630 499 1160

CARR
117 N. WINDHAM
BLOOMINGDALE, IL
630 337 0709   $450 00

ANN GINN   $183 44
2520 DEWES LANE
NAPERVILLE, IL 60564
630 904 6236

STEVEN NEWBAUER   $235 30
4632 DUBLIN DRIVE
NAPERVILLE, IL 60564
630 904 3791

$152 65
LISA MUSICH
504 BENT TREE COURT
OSWEGO, IL 60543
630 554 6398

DEBBIE WEBBER   $125 00
1326 LAKEPOINT DRIVE
PLAINFIELD, IL 60585
815 230 9689

$331 00
LESLY MORALES
2216 COUNTRY CLUB DRIVE
WOODRIDGE, IL 60517
630 664 9638

JIM SPAR   $250 00
508 SWITCHGRASS LANE
GRAY'S LAKE, IL 60030
847 224 4260
317 385 9919

$73 66
MIKE ATKINS
936 W. DOUGLAS
NAPERVILLE, IL 60540
630 857 3665

PRINT DATE: 02-04-09   13:08

#12-34 A/R AGED ANALYSIS BY SELECTION

CUT OFF (AGING) DATE: 02-04-09

OPEN ACCOUNTS

PAGE:    1

ALL AGEING CATEGORIES

REJECT ZERO & CREDIT BALANCES                        02-04-09

BY ACCOUNT NUMBER

ALL ACCOUNT TYPES

ALL ACCOUNTS RANGE

ACTIVE ACCOUNTS

BALANCE ONLY

| ACCOUNT NUMBER | CUSTOMER NAME | TOTAL BALANCE | FUTURE BALANCE | CURR MONTH BALANCE | 1-30 DAY BALANCE | 31-60 DAY BALANCE | 61-90 DAY BALANCE | OVR 90 DAY BALANCE | LAST PYMT DATE |
|---|---|---|---|---|---|---|---|---|---|
| CAARCO | AARCO CONSTRUCTION | 200.00 | .00 | .00 | .00 | .00 | .00 | 200.00 | |
| CALKO | ALKO CONSTRUCTION & DEVEL | 6971.41 | .00 | .00 | .00 | .00 | .00 | 6971.41 | 11-02-07 |
| CASHTON | ASHTON BUILDERS | 4760.00 | .00 | .00 | .00 | .00 | .00 | 4760.00 | 06-12-08 |
| CASPEN | ASPEN CUSTOM HOMES | 106.75 | .00 | .00 | .00 | .00 | .00 | 106.75 | 04-25-08 |
| CBERRY | BLACKBERRY CUSTOM HOMES | 86.88 | .00 | .00 | .00 | .00 | .00 | 86.88 | 04-17-08 |
| CBRANNIGAN | BRANNIGAN, DAN | 589.87 | .00 | .00 | .00 | .00 | .00 | 589.87 | 12-11-08 |
| CBRITT | BRITTANY HOMES | 226.48 | .00 | .00 | .00 | 226.48 | .00 | .00 | 02-11-08 |
| CCAMELOT | CAMELOT MARKETING, INC. | 120.80 | .00 | .00 | .00 | .00 | .00 | 120.80 | 03-13-08 |
| CCHARLES | CHARLESTON DEV. GROUP | 1259.12 | .00 | .00 | .00 | 1259.12 | .00 | .00 | 05-07-08 |
| CCLARE | CLAREDON HILLS HOMES | 1300.22 | .00 | .00 | .00 | .00 | .00 | 1300.22 | 08-10-07 |
| CCREST | CRESTVIEW BUILDERS | 406.52 | .00 | .00 | .00 | .00 | .00 | 406.52 | 10-26-07 |
| CDJK | D.J.K. CUSTOM HOMES INC. | 3867.38 | .00 | .00 | .00 | .00 | .00 | 3867.38 | 07-18-08 |
| CGALILEO | GALILEO CONTRACTORS | 3465.91 | .00 | .00 | .00 | .00 | .00 | 3465.91 | 12-03-07 |
| CGLAD | GLADSTONE BUILDERS | 6271.05 | .00 | .00 | .00 | .00 | 6271.05 | .00 | 11-24-08 |
| CIHP | IHP DEVELOPMENT, LLC | 125.00 | .00 | .00 | .00 | .00 | .00 | 125.00 | 02-15-08 |
| CJR | JR'S CREATIVE LANDSCAPING | 787.27 | .00 | .00 | .00 | .00 | .00 | 787.27 | 08-15-08 |
| CKACKERT | KACKERT ASSOCIATES, INC. | 4089.99 | .00 | .00 | .00 | .00 | .00 | 4089.99 | 08-08-08 |
| CKAUPER | KAUPER HOMES | 717.37 | .00 | .00 | .00 | .00 | .00 | 717.37 | |
| CKIPLING | KIPLING DEVELOPMENT | 319.18 | .00 | .00 | .00 | .00 | .00 | 319.18 | |
| CLAKESHORE | LAKESHORE DEVELOPMENT | 5771.12 | .00 | .00 | .00 | .00 | .00 | 5771.12 | 10-11-08 |
| CLIVER | LIVERPOOL LEEDS & CO. | 7187.06 | .00 | .00 | .00 | .00 | .00 | 7187.06 | 06-05-07 |
| CMCCARTHY | MCCARTHY BUILDERS INC. | 14600.29 | .00 | .00 | .00 | .00 | .00 | 14600.29 | 10-10-08 |
| CMCGRATH | MCGRATH | 142.00 | .00 | .00 | .00 | .00 | .00 | 142.00 | 07-06-06 |
| CMUELLNER | JEFF MUELLNER CONST. | 1000.00 | .00 | .00 | .00 | .00 | .00 | 1000.00 | 04-01-08 |
| CNEFF | NEFF DESIGN CENTER | 1345.05 | .00 | .00 | .00 | .00 | .00 | 1345.05 | |
| CPATT | PATTERMAN BUILDERS | 1000.00 | .00 | .00 | .00 | .00 | .00 | 1000.00 | 10-03-07 |
| CSHEA | THOMAS SHEA PROPERTIES | 13992.22 | .00 | .00 | .00 | .00 | .00 | 13992.22 | 07-05-06 |
| CWILLIAMS | WILLIAMS BUILDING & LAND | 3927.03 | .00 | .00 | .00 | .00 | 1431.79 | 2495.24 | 07-11-07 |
| 204512 | KERNS, KEVIN | 694.51 | .00 | .00 | .00 | .00 | .00 | 694.51 | 11-16-07 |
| W07449 | WINK K CHAN C/O DRB PROP | 2439.29 | .00 | .00 | .00 | .00 | .00 | 2439.29 | 06-22-06 |
| W07452 | WINK K CHAN C/O DRB PROP | 2439.29 | .00 | .00 | .00 | .00 | .00 | 2439.29 | 06-22-06 |
| W07599 | LIN, ANDY | 552.68 | .00 | .00 | .00 | .00 | .00 | 552.68 | 07-06-06 |
| W07612 | MUSICH, LISA | 152.65 | .00 | .00 | .00 | .00 | .00 | 152.65 | 07-08-06 |
| W08354 | MORALES, LESLY | 331.00 | .00 | .00 | .00 | .00 | .00 | 331.00 | 10-02-06 |
| W08457 | BOZOVIC, WALTER | 2389.36 | .00 | .00 | .00 | .00 | .00 | 2389.36 | 12-22-06 |
| W09287 | ROMANSKI, VICKI | 447.32 | .00 | .00 | .00 | .00 | .00 | 447.32 | 12-27-06 |
| W09895 | HOMES, CLAREDON HILLS | 50.00 | .00 | .00 | .00 | .00 | .00 | 50.00 | 03-02-07 |
| W10257 | ATKINS, MIKE | 73.66 | .00 | .00 | .00 | .00 | .00 | 73.66 | 04-11-07 |
| W10853 | BOWEN, JEFF | 100.01 | .00 | .00 | .00 | .00 | .00 | 100.01 | 06-11-07 |
| W10854 | DZIEDZIC, ANITA | 50.00 | .00 | .00 | .00 | .00 | .00 | 50.00 | 06-07-07 |
| W11028 | HAYWOOD, RON | 197.26 | .00 | .00 | .00 | .00 | .00 | 197.26 | 06-25-07 |
| W11216 | RAINONE, JOHN | 50.00 | .00 | .00 | .00 | .00 | .00 | 50.00 | 07-16-07 |

Handwritten annotations "Paid" appear next to: CCHARLES, CCREST, CGLAD, CJR, CMUELLNER, CWILLIAMS, and 204512 (KERNS, KEVIN).

PRINT DATE: 02-04-09  13:08                                              PAGE:    2

#12-34 A/R AGED ANALYSIS BY SELECTION
CUT OFF (AGING) DATE: 02-04-09
OPEN ACCOUNTS

ALL AGEING CATEGORIES                                         ACTIVE ACCOUNTS
REJECT ZERO & CREDIT BALANCES              02-04-09           BALANCE ONLY
BY ACCOUNT NUMBER
ALL ACCOUNT TYPES
ALL ACCOUNTS RANGE

| ACCOUNT NUMBER | CUSTOMER NAME | TOTAL BALANCE | FUTURE BALANCE | CURR MONTH BALANCE | 1-30 DAY BALANCE | 31-60 DAY BALANCE | 61-90 DAY BALANCE | OVR 90 DAY BALANCE | LAST PYMT DATE |
|---|---|---|---|---|---|---|---|---|---|
| W11249 | RITTER-STERR, CHRIS | 76.83 | .00 | .00 | .00 | .00 | .00 | 76.83 | 10-01-07 |
| W11307 | REDDY, SAI & KAVITHA | 150.00 | .00 | .00 | .00 | .00 | .00 | 150.00 | 07-23-07 |
| W11318 | RAINONE, JOHN | 379.14 | .00 | .00 | .00 | .00 | .00 | 379.14 | 10-08-07 |
| W11401 | GINN, ANN | 183.44 | .00 | .00 | .00 | .00 | .00 | 183.44 | 07-31-07 |
| W11568 | RAINONE, JOHN | 45.90 | .00 | .00 | .00 | .00 | .00 | 45.90 | 08-17-07 |
| W11623 | WEBER, DEBBIE | 125.00 | .00 | .00 | .00 | .00 | .00 | 125.00 | 08-24-07 |
| W11703 | SPAR, JIM | 250.00 | .00 | .00 | .00 | .00 | .00 | 250.00 | 09-01-07 |
| W11776 | CONSTRUCTION, ARTISAN | 159.06 | .00 | .00 | .00 | .00 | .00 | 159.06 | 09-13-07 |
| W11882 | PYLE, JOHN | 185.06 | .00 | .00 | .00 | .00 | .00 | 185.06 | 07-24-08 |
| W12354 | CONSTRUCTION, ARTISAN | 192.15 | .00 | .00 | .00 | .00 | .00 | 192.15 | 11-15-07 |
| W12524 | ABETE, JIM | 89.00 | .00 | .00 | .00 | .00 | .00 | 89.00 | 12-04-07 |
| W12582 | VELDEZ, J. | 1719.74 | .00 | .00 | .00 | .00 | .00 | 1719.74 | 07-28-08 |
| W12843 | CORP, SEAGROVE DEVELOPMEN | 5912.72 | .00 | .00 | .00 | .00 | .00 | 5912.72 | 11-07-08 |
| W13205 | KRAFFT, JEAN | 2305.40 | .00 | .00 | .00 | .00 | .00 | 2305.40 | 08-07-08 |
| W13230 | WEHRLI SERVICES INC. | 365.00 | .00 | .00 | .00 | .00 | .00 | 365.00 | 04-04-08 |
| W13244 | WEHRLI HOME APPLIANCES | 717.36 | .00 | .00 | .00 | .00 | .00 | 717.36 | 03-06-08 |
| W13323 | KAUZLARICH, TONY | 1908.00 | .00 | .00 | .00 | .00 | .00 | 1908.00 | 03-19-08 |
| W13353 | ROAKE, DAN | 250.00 | .00 | .00 | .00 | .00 | .00 | 250.00 | 03-25-08 |
| W13485 | JOHNSON, DENNIS | 600.00 | .00 | .00 | .00 | .00 | .00 | 600.00 | 08-11-08 |
| W13580 | GASPAR, DIANE & KEN | 195.60 | .00 | .00 | .00 | .00 | 195.60 | .00 | 04-21-08 |
| W13622 | YOUNG, LINDA | 1212.93 | .00 | .00 | .00 | .00 | .00 | 1212.93 | 09-08-08 |
| W13648 | ZACHMANN, LORI | 2114.44 | .00 | .00 | .00 | .00 | 2114.44 | .00 | 07-28-08 |
| W13660 | NEWBAUER, STEVEN & LINDA | 235.30 | .00 | .00 | .00 | .00 | 235.30 | .00 | 05-01-08 |
| W13896 | HORNBECK, SKIP | 777.56 | .00 | .00 | .00 | .00 | .00 | 777.56 | 09-26-08 |
| W13913 | SULARSKI, CASEY | 150.00 | .00 | .00 | .00 | .00 | .00 | 150.00 | 05-27-08 |
| W13981 | BUILDERS, CADEN | 1459.63 | .00 | .00 | .00 | .00 | .00 | 1459.63 | 07-28-08 |
| W14025 | ROBERT LORD BUILDERS | 8117.20 | .00 | .00 | .00 | .00 | .00 | 8117.20 | 06-24-08 |
| W14028 | ROBERT LORD BUILDERS | 9135.92 | .00 | .00 | .00 | .00 | .00 | 9135.92 | 06-11-08 |
| W14085 | ~~BARRY, ROBIN~~ | 4047.00 | .00 | .00 | .00 | .00 | .00 | 4047.00 | 10-31-08 |
| W14147 | CLASSIC CREATIONS | 1966.97 | .00 | .00 | .00 | .00 | .00 | 1966.97 | 06-24-08 |
| W14376 | THOMPSON, JOHN | 277.60 | .00 | .00 | .00 | .00 | 277.60 | .00 | 07-19-08 |
| W14406 | THOMAS SHEA PROPERTIES | 17882.51 | .00 | .00 | .00 | .00 | .00 | 17882.51 | 07-24-08 |
| W14473 | CLASSIC CREATIONS | 1300.00 | .00 | .00 | .00 | .00 | .00 | 1300.00 | 10-31-08 |
| W14549 | ROBERT LORD BUILDERS | 160.88 | .00 | .00 | .00 | .00 | .00 | 160.88 | 08-13-08 |
| W14609 | POWERS CONSTRUCTION | 266.50 | .00 | .00 | .00 | .00 | .00 | 266.50 | 08-20-08 |
| W14757 | MASLAWSKI, SANDRA | .64 | .00 | .00 | .00 | .00 | .64 | .00 | 09-08-08 |
| W14834 | ~~BELGIO, TOM~~ Paid | ~~1168.59~~ | .00 | .00 | .00 | .00 | .00 | 1168.59 | 10-14-08 |
| W14906 | CARR | 450.00 | .00 | .00 | .00 | .00 | .00 | 450.00 | 09-26-08 |
| W14916 | ~~CESARIO, ANTHONY~~ Paid | ~~1639.85~~ | .00 | .00 | .00 | .00 | .00 | 1639.85 | 09-27-08 |
| W14989 | CARR | 350.00 | .00 | .00 | .00 | .00 | .00 | 350.00 | 10-07-08 |
| W15026 | LLC., CORNERSTONE BUILDIN | 3448.24 | .00 | .00 | .00 | .00 | .00 | 3448.24 | 10-20-08 |
| | ** GRAND TOTAL ** | 166574.16 | .00 | .00 | .00 | 1485.60 | 10526.42 | 154562.14 | |

*** END OF REPORT ***

B6D (Official Form 6D) (12/07)

In re   **Wehrli Home Appliances, Inc.**                                                    Case No. _____

_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **340113C**<br><br>Almo Distribution<br>P.O. Box 510783<br>Philadelphia, PA 19175 | X | - | 9/08 to 11/08<br><br>Purchase Money Security Interest<br><br>Almo Inventory | | | | | |
| | | | Value $              **Unknown** | | | | 8,864.29 | Unknown |
| Account No. **LIL 0028**<br><br>Dacor<br>P.O. Box 514180<br>Los Angeles, CA 90051 | X | - | 3/08 to 9/08<br><br>Purchase Money Security Interest<br><br>Dacor Inventory | | | | | |
| | | | Value $              **Unknown** | | | | 23,758.00 | Unknown |
| Account No. **#54056, #12235, #12214, #00202**<br><br>First Midwest Bank<br>P.O. Box 9003<br>Gurnee, IL 60031 | X | - | Various<br><br>Blanket lien on assets<br><br>All Assets of Debtor- See Sched. B | | | | | |
| | | | Value $              **Unknown** | | | | 451,065.55 | Unknown |
| Account No. **Cust Order #4073 &4077**<br><br>General Electric Co.<br>P.O. Box 640328<br>Pittsburgh, PA 15264-0328 | X | - | 10/08 to 11/08<br><br>Purchase Money Security Interest<br><br>Microwave Ovens and Range Hoods | | | | | |
| | | | Value $              **Unknown** | | | | 994.00 | Unknown |

___1___ continuation sheets attached

Subtotal
(Total of this page)        **484,681.84**        **0.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Wehrli Home Appliances, Inc.**                                     ,        Case No. _____

_____
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **A6303556800** | | | **7/08 to 10/08** | | | | | |
| **Miele** **9 Independence Way** **Princeton, NJ 08540** | X | - | **Purchase Money security Interest** **Miele inventory** | | | | | |
| | | | Value $                 **Unknown** | | | | **41,225.54** | **Unknown** |
| Account No. | | | See List Attached as Schedule B-30 (a) addendum. All Inventory listed at Debtor's cost for a total of $379,811.76. Actual value at liquidation estimated to be not more than $250,000. | | | | | |
| **See UCC1 forms (Sch.B-30b) attached** | | - | | | | | | |
| | | | Value $                 **250,000.00** | | | | **0.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **41,225.54** | **0.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **525,907.38** | **0.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Wehrli Home Appliances, Inc.**                                    Case No. _____
                                                                    ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_3_    continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Wehrli Home Appliances, Inc.** ,                    Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.<br><br>Daniel G. Roake<br>910 Bluebell Circle<br>Joliet, IL 60431 | - | | | 9/2008 to filing<br><br>Wages | | | | | 0.00 |
| | | | | | | | | 645.00 | 645.00 |
| Account No.<br><br>David Bjorseth<br>245 Lara Dr.<br>Aurora, IL 60506 | - | | | 9/2008 to filing<br><br>Wages | | | | | 0.00 |
| | | | | | | | | 1,320.00 | 1,320.00 |
| Account No.<br><br>Douglas Wehrli<br>946 Norwood Court<br>Naperville, IL 60540 | - | | | 11/08 - filing<br><br>wages | | | | | 0.00 |
| | | | | | | | | 5,500.00 | 5,500.00 |
| Account No.<br><br>John J. Rainone Jr.<br>18538 Nimitz Rd.<br>Villa Park, IL 60181 | - | | | 9/08 to filing<br><br>Wages | | | | | 0.00 |
| | | | | | | | | 3,000.00 | 3,000.00 |
| Account No.<br><br>Julianne M. Marotz<br>1553 S. Blanchard St.<br>Wheaton, IL 60187 | - | | | 9/2008 to filing<br><br>Wages | | | | | 0.00 |
| | | | | | | | | 1,731.00 | 1,731.00 |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 12,196.00 | 12,196.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re **Wehrli Home Appliances, Inc.** , Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Kevin R. Runge 24453 Davids Court Naperville, IL 60564 | | - | 9/2008 to filing Wages | | | | 2,290.00 | 0.00 / 2,290.00 |
| Account No. Nancy St. Juliana 1407 Cress Creek Ct. Naperville, IL 60563 | | - | 9/2008 to filing Wages | | | | 3,210.00 | 0.00 / 3,210.00 |
| Account No. Richard G. Polarek 2040 Mustang Dr. Naperville, IL 60565 | | - | 9/2008 to filing Wages | | | | 1,452.00 | 0.00 / 1,452.00 |
| Account No. Susanne Wehrli 946 Norwood Court Naperville, IL 60540 | | - | 11/2008 to date of filing Wages | | | | 2,550.00 | 0.00 / 2,550.00 |
| Account No. Timothy P. Siegler 3961 Sterling Rd. Downers Grove, IL 60515 | | - | 9/2008 to filing Wages | | | | 878.00 | 0.00 / 878.00 |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00
10,380.00 | 10,380.00

B6E (Official Form 6E) (12/07) - Cont.

In re   **Wehrli Home Appliances, Inc.**_____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **11/08 to date** | | | | | |
| **Trudi K. Theis 213 E High St Sycamore, IL 60178** | - | | **Wages due** | | | | | 0.00 |
| | | | | | | | 5,949.90 | 5,949.90 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 5,949.90 | 5,949.90 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 28,525.90 | 28,525.90 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Wehrli Home Appliances, Inc.**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>**Arena Marketing, Inc.**<br>**6690 South Rte. 53**<br>**Woodridge, IL 60517** | - | | | Marketing | | | | 1,916.65 |
| Account No.<br><br>**At Your Service Advertising**<br>**1171 Pleasant Ct.**<br>**Batavia, IL 60510** | - | | | Marketing | | | | 1,000.00 |
| Account No.<br><br>**AVB/Brand Source**<br>**100 S. Anaheim Blvd. # 250**<br>**Anaheim, CA 92805** | - | | | Marketing | | | | 2,745.00 |
| Account No.<br><br>**Bankcard Services**<br>**First Midwest Bank Payment Process**<br>**P.O. Box 9003**<br>**Gurnee, IL 60031** | - | | | Trade debt | | | | 4,836.47 |

__9__   continuation sheets attached

Subtotal
(Total of this page)                                      **10,498.12**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          S/N:33434-081118    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wehrli Home Appliances, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Health Insurance | | | | |
| Bluecross Blueshield P.O. Box 1186 Chicago, IL 60690 | | | | | | | | 3,942.64 |
| Account No. | | - | | Trade debt | | | | |
| Brian M. Davis 13 N. Main St. Naperville, IL 60540 | | | | | | | | 3,033.53 |
| Account No. | | - | | Trade debt | | | | |
| Buikema's Ace Hardware 1030 N. Washington St. Naperville, IL 60563 | | | | | | | | 409.68 |
| Account No. | | - | | 2006 Lease of 2003 Ford Ranger P/U | | | | |
| Carmax Auto Finance P.O. Box 3174 Milwaukee, WI 53201 | X | | | | | | | 11,000.00 |
| Account No. | | - | | Utility Service | | | | |
| City of Naperville 400 S. Eagle St. P.O. Box 3020 Naperville, IL 60540 | | | | | | | | 824.93 |

Sheet no. __1__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **19,210.78**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wehrli Home Appliances, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Clear Image Laser Product 23W301 Wedgewood Ct. Naperville, IL 60540 | | - | | | | | | 368.93 |
| Account No. | | | | Trade debt | | | | |
| Contract Services 2038 Atherton Circle Corona, CA 92879 | | - | | | | | | 25.20 |
| Account No. | | | | Marketing | | | | |
| Copy Doc 709 St. Johns Place Addison, IL 60101 | | - | | | | | | 245.21 |
| Account No. | | | | Marketing | | | | |
| Dex 8519 Innovation Way Chicago, IL 60682 | | - | | | | | | 995.41 |
| Account No. | | | | Trade debt | | | | |
| DuPage Industries, Inc. 381 Beinoris Dr. Wood Dale, IL 60191 | | - | | | | | | 635.96 |

Sheet no. __2__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,270.71

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wehrli Home Appliances, Inc.**                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Everpure, LLC. 13094 Collection Center Dr. Chicago, IL 60693 | | - | | | | | | 518.50 |
| Account No. | | | | Trade debt | | | | |
| Expert Finance P.O. Box 74697 Chicago, IL 60675 | | - | | | | | | 195,328.32 |
| Account No. | | | | Trade debt | | | | |
| Express One - Chicago P.O. Box 900070 Sandy, UT 84090 | | - | | | | | | 144.49 |
| Account No. | | | | Trade debt | | | | |
| First Equity Card P.O. Box 23029 Columbus, GA 31902 | | - | | | | | | 12,622.76 |
| Account No. | | | | Trade debt | | | | |
| Fisher & Paykel File No. 54946 Los Angeles, CA 90074 | | - | | | | | | 786.20 |

Sheet no. __3___ of __9___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **209,400.27**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wehrli Home Appliances, Inc.** _____,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Insurance | | | | |
| **Fort Dearborn Life Insurance Co.** **36788 Eagle Way** **Chicago, IL 60678** | | - | | | | | | | 33.71 |
| Account No. | | | | | Trade debt | | | | |
| **G & K Services** **8201 South Cork Ave.** **Justice, IL 60458** | | - | | | | | | | 216.68 |
| Account No. | | | | | Trade debt | | | | |
| **GMAC Payment Processing** **P.O. Box 9001948** **Louisville, KY 40290** | | - | | | | | | | 764.98 |
| Account No. | | | | | Trade debt | | | | |
| **Golan & Christie** **70 W. Madison St.** **Ste. 1500** **Chicago, IL 60602** | | - | | | | | | | 210.00 |
| Account No. | | | | | Trade debt | | | | |
| **Groot West Chicago** **P.O. Box 309** **Elk Grove Village, IL 60009** | | - | | | | | | | 392.06 |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **1,617.43**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wehrli Home Appliances, Inc.**                                        ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Home Depot**<br>**P.O. Box 6029 Dept. 32**<br>**2004354795**<br>**The Lakes, NV 88901-6028** | - | | | **Trade debt** | | | | 2,455.42 |
| Account No.<br><br>**HSBC Business Solutions**<br>**P.O. Box 5239**<br>**Carol Stream, IL 60197-5239** | - | | | **Trade debt** | | | | 3,531.22 |
| Account No.<br><br>**Kelly Publishing Inc.**<br>**1625 Candletree Dr.**<br>**Peoria, IL 61614** | - | | | **Marketing** | | | | 359.00 |
| Account No.<br><br>**Lakeview Appliances**<br>**Dept. CH 17485**<br>**Palatine, IL 60055-7485** | - | | | **2007/2008**<br>**Trade Supplier** | | | | 58,238.10 |
| Account No.<br><br>**Mill Street Properties**<br>**1805 High Grove Lane**<br>**Ste 153**<br>**Naperville, IL 60540** | - | | | **Trade debt** | | | | 17,280.00 |

Sheet no.  __5__  of  __9__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        81,863.74

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wehrli Home Appliances, Inc.**                                                                      ,          Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Marketing | | | | |
| **Minuteman Press** **1577 Naperville/Wheaton Rd** **Naperville, IL 60563** | | - | | | | | | 1,812.39 |
| Account No. | | | | Marketing | | | | |
| **Naperville Magazine** **55 South Main Street** **Ste 300** **Naperville, IL 60540** | | - | | | | | | 11,940.19 |
| Account No. | | | | Trade debt | | | | |
| **Nelson's Services, Inc.** **670 W. 5th Ave. # 124** **Naperville, IL 60563** | | - | | | | | | 2,672.14 |
| Account No. | | | | Utility Service | | | | |
| **Nicor** **PO Box 416** **Aurora, IL 60568** | | - | | | | | | 1,119.06 |
| Account No. | | | | Trade debt | | | | |
| **Northern IL Home Bldr Assoc.** **3695 Darlen Court** **Ste. 102** **Aurora, IL 60504** | | - | | | | | | 750.00 |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,293.78

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wehrli Home Appliances, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt | | | | |
| O'Rourke Brothers 3855 Elmore Ave. Ste. 100 Davenport, IA 52807 | - | | | | | | | | 6,250.06 |
| Account No. | | | | | Trade debt | | | | |
| One II One Group, LLC. 15774 S. Lagrange Rd. # 115 Orland Park, IL 60462 | - | | | | | | | | 2,195.00 |
| Account No. | | | | | Trade debt | | | | |
| Paychex 1000 E. Warrenville Rd. Ste. 200 Naperville, IL 60563 | - | | | | | | | | 163.87 |
| Account No. | | | | | Trade debt | | | | |
| Picker & Assoc., CPA 1110 Lake Cook Rd. Ste. 301 Buffalo Grove, IL 60089 | - | | | | | | | | 500.00 |
| Account No. | | | | | Trade debt | | | | |
| Prizer-Painter Stove Work 600 Arlington St. Reading, PA 19611 | - | | | | | | | | 2,924.00 |

Sheet no. __7__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,032.93

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wehrli Home Appliances, Inc.**                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Marketing | | | | |
| Sandow Media Corp. 3731 NW 8th Ave. Boca Raton, FL 33431 | | - | | | | | | 830.00 |
| Account No. | | | | Marketing | | | | |
| Signs Now #215 426 W. Fifth Ave. Naperville, IL 60563 | | - | | | | | | 73.54 |
| Account No. | | | | Marketing | | | | |
| Speakeasy Network P.O. Box 34654 Seattle, WA 98124 | | - | | | | | | 112.25 |
| Account No. | | | | Trade debt | | | | |
| Speedway P.O. Box 740587 Cincinnati, OH 45274 | | - | | | | | | 837.09 |
| Account No. | | | | Trade debt | | | | |
| Sprint P.O. Box 219554 Kansas City, MO 64121 | | - | | | | | | 111.35 |

Sheet no. __8___ of __9___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,964.23**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wehrli Home Appliances, Inc.**                                        ,        Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Studio Classics Inc. / Thomas Bane**<br>**2413 Rivermist Ct.**<br>**Naperville, IL 60565** | - | | **11/2008**<br>**Funds due on consignment** | | | | 6,229.00 |
| Account No.<br><br>**Tyler Net, Inc.**<br>**4625 E. Bay Dr. Ste. 201**<br>**Clearwater, FL 33764** | - | | **Trade debt** | | | | 842.35 |
| Account No.<br><br>**Westye Group**<br>**23192 Network Place**<br>**Chicago, IL 60673** | - | | **2007/2008**<br>**Trade supplier** | | | | 69,200.00 |
| Account No.<br><br>**Win Wehrli Attorney Law**<br>**104 South Parkway Dr.**<br>**Naperville, IL 60540** | - | | **Trade debt** | | | | 1,622.50 |
| Account No.<br><br>**Windy City Marketing**<br>**1336 West Grand Ave.**<br>**Chicago, IL 60642** | - | | **Marketing** | | | | 1,825.00 |

Sheet no. __9__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | 79,718.85 |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 436,870.84 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6G (Official Form 6G) (12/07)

.

In re    **Wehrli Home Appliances, Inc.**                                     ,        Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Car Max Auto Finance**<br>**P.O. Box 3174**<br>**Milwaukee, WI 53201** | **2003 Ford Ranger** |
| **Mill Street Properties, LLC.**<br>**c/o Attorney Phillip R. Nathe**<br>**552 S. Washington St. #104**<br>**Naperville, IL 60540** | **Lease of commercial facility at 500 W. 5th Av. Naperville, Il.** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Wehrli Home Appliances, Inc.**_____,   Case No. _____
                                   Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Douglas Wehrli**<br>**904 Norwood Ct.**<br>**Naperville, IL 60540** | **First Midwest Bank**<br>**P.O. Box 9003**<br>**Gurnee, IL 60031** |
| **Douglas Wehrli**<br>**904 Norwood Ct.**<br>**Naperville, IL 60540** | **Dacor**<br>**P.O. Box 514180**<br>**Los Angeles, CA 90051** |
| **Douglas Wehrli**<br>**904 Norwood Ct.**<br>**Naperville, IL 60540** | **General Electric Co.**<br>**P.O. Box 640328**<br>**Pittsburgh, PA 15264-0328** |
| **Douglas Wehrli**<br>**904 Norwood Ct.**<br>**Naperville, IL 60540** | **Miele**<br>**9 Independence Way**<br>**Princeton, NJ 08540** |
| **Douglas Wehrli**<br>**904 Norwood Ct.**<br>**Naperville, IL 60540** | **Almo Distribution**<br>**P.O. Box 510783**<br>**Philadelphia, PA 19175** |
| **Douglas Wehrli**<br>**946 Norwood Ct.**<br>**Naperville, IL 60540** | **Carmax Auto Finance**<br>**P.O. Box 3174**<br>**Milwaukee, WI 53201** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                   Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **Wehrli Home Appliances, Inc.**                                              Case No.  _____

                                          Debtor(s)                      Chapter     **7**  _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

         I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   __29__   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February 27, 2009**                          Signature   **/s/ Douglas Wehrli**
                                                                  **Douglas Wehrli**
                                                                  **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re    **Wehrli Home Appliances, Inc.**                                    Case No. _____

                                                    Debtor(s)              Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$4,742,082.00** | **2007- Gross receipts less returns and allowances from business operations** |
| **$3,549,196.00** | **2008 Gross receipts less returns and allowances from business operations.** |
| **$8,450.23** | **2009 Gross receipts less returns and allowances from business operations.** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See check register attached** | | **$0.00** | **$0.00** |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Douglas Wehrli**<br>**946 Norwood Ct.**<br>**Naperville, IL 60540**<br>   **Sole Shareholder, Director and Officer** | **Various- Wages for services rendered to Debtor** | **$92,100.00** | **$0.00** |
| **Susanne Wehrli**<br>**946 Norwood Ct.**<br>**Naperville, IL 60540**<br>   **Spouse of Douglas Wehrli, Sole shareholder,**<br>**Director and Officer** | **Various- For bookeeping/administrative services to the Debtor** | **$42,300.00** | **$0.00** |

3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Mill Street Properties Inc. vs. Debtor  2008 LM 004401** | **Forcible Entry and Detainer** | **18th Judicial Cirsuit Court-DuPage County, Il.** | **Judgment for Possession entered** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Coffman Auto Sales 1149 W. Lake St. Aurora, IL 60507** | **11/2008** | **Returned leased 2005 GMC TW4S042 Truck.** |

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

**8. Losses**

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Springer Brown Covey Gaertner & Davis LL** **400 S. County Farm Rd #330** **Wheaton, IL 60187** | **11/25/08 - $7800.00** **2/9/09- $1000.00** | **$8800.00** |

**10. Other transfers**

None
■
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **First Midwest Bank** **24509 W. Lockport St.** **Plainfield, IL 60544** | **General Checking Account of Debtor ending in #3733,  Account was overdrawn at its closing** | **Balance 0-  11/25/2008** |

5

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

7

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Picker and Associates**<br>**1110 Lake Cook Rd.**<br>**Ste. #301**<br>**Buffalo Grove, IL 60089** | **2006 to date** |
| **Silver Financial Consulting Services, in**<br>**16 Bluebird Ln.**<br>**Naperville, IL 60565** | **November, December 2008 and January 2009** |

None
☐    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Picker and Assoc.** | **See Above** | **Financial Statements- 2006 to Date** |

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Picker and Assoc.** | **See Above** |
| **Douglas Wehrli** | **946 Norwood Ct.**<br>**Naperville, IL 60540** |

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **First Midwest Bank**<br>**24509 W. Lockport St.**<br>**Plainfield, IL 60544** | **Various dates- 2007 and 2008** |

**20. Inventories**

None
☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **December 2008 and February 2009** | **Douglas Wehrli** | **February 2009- $379,811.76 (Inventory is attached as an Exhibit to Schedule B).** |

None
☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **December 2008 and February 2009** | **Douglas Wehrli**<br>**See Above** |

8

**21 . Current Partners, Officers, Directors and Shareholders**

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Douglas Wehrli**<br>**946 Norwood Ct.**<br>**Naperville, IL 60540** | **Sole shareholder, Director and Officer** | **100% of all issued and outstanding shares** |

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                              ADDRESS                              DATE OF WITHDRAWAL

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                              DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Douglas Wehrli**<br>**946 Norwood Ct.**<br>**Naperville, IL 60540**<br>   **Sole shareholder, director and officer** | **Various- Wages for services rendered** | **$92,100** |
| **Susanne Wehrli**<br>**946 Norwood Ct.**<br>**Naperville, IL 60540**<br>   **Spouse of Douglas Wehrli** | **Various - Payments for bookkeeping services.** | **$42,300** |

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                              TAXPAYER IDENTIFICATION NUMBER (EIN)

9

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **February 27, 2009**                              Signature    **/s/ Douglas Wehrli**
                                                                       **Douglas Wehrli**
                                                                       **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **Wehrli Home Appliances, Inc.**                                  Case No. _____
                                                   Debtor(s)        Chapter   **7**    _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

      For legal services, I have agreed to accept..........................................................   $ _____**8,800.00**

      Prior to the filing of this statement I have received........................................   $ _____**8,800.00**

      Balance Due.............................................................................................   $ _____**0.00**

2.  $___**0.00**___ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

      ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

      ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **February 27, 2009** _____                 **/s/ Kent A. Gaertner** _____
                                                                **Kent A. Gaertner 3121489**
                                                                **Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
                                                                **400 S. County Farm Road**
                                                                **Suite 330**
                                                                **Wheaton, IL 60187**
                                                                **630-510-0000  Fax: 630-510-0004**

---

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   __Wehrli Home Appliances, Inc.__            Case No. _____

                                 Debtor(s)      Chapter    __7__ _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ __79__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   __February 27, 2009__           __/s/ Douglas Wehrli__ _____

                                     __Douglas Wehrli__/**President**
                                     Signer/Title

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Car Max Auto Finance
P.O. Box 3174
Milwaukee, WI 53201


Almo Distribution
P.O. Box 510783
Philadelphia, PA 19175


Arena Marketing, Inc.
6690 South Rte. 53
Woodridge, IL 60517


At Your Service Advertising
1171 Pleasant Ct.
Batavia, IL 60510


AVB/Brand Source
100 S. Anaheim Blvd. # 250
Anaheim, CA 92805


Bankcard Services
First Midwest Bank Payment Process
P.O. Box 9003
Gurnee, IL 60031


Bluecross Blueshield
P.O. Box 1186
Chicago, IL 60690


Brian M. Davis
13 N. Main St.
Naperville, IL 60540


Buikema's Ace Hardware
1030 N. Washington St.
Naperville, IL 60563


Carmax Auto Finance
P.O. Box 3174
Milwaukee, WI 53201


City of Naperville
400 S. Eagle St.
P.O. Box 3020
Naperville, IL 60540

Clear Image Laser Product
23W301 Wedgewood Ct.
Naperville, IL 60540


Contract Services
2038 Atherton Circle
Corona, CA 92879


Copy Doc
709 St. Johns Place
Addison, IL 60101


Dacor
P.O. Box 514180
Los Angeles, CA 90051


Daniel G. Roake
910 Bluebell Circle
Joliet, IL 60431


David Bjorseth
245 Lara Dr.
Aurora, IL 60506


Dex
8519 Innovation Way
Chicago, IL 60682


Douglas Wehrli
946 Norwood Court
Naperville, IL 60540


Douglas Wehrli
904 Norwood Ct.
Naperville, IL 60540


Douglas Wehrli
904 Norwood Ct.
Naperville, IL 60540


Douglas Wehrli
904 Norwood Ct.
Naperville, IL 60540

Douglas Wehrli
904 Norwood Ct.
Naperville, IL 60540


Douglas Wehrli
904 Norwood Ct.
Naperville, IL 60540


Douglas Wehrli
946 Norwood Ct.
Naperville, IL 60540


DuPage Industries, Inc.
381 Beinoris Dr.
Wood Dale, IL 60191


Everpure, LLC.
13094 Collection Center Dr.
Chicago, IL 60693


Expert Finance
P.O. Box 74697
Chicago, IL 60675


Express One - Chicago
P.O. Box 900070
Sandy, UT 84090


First Equity Card
P.O. Box 23029
Columbus, GA 31902


First Midwest Bank
P.O. Box 9003
Gurnee, IL 60031


Fisher & Paykel
File No. 54946
Los Angeles, CA 90074


Fort Dearborn Life Insurance Co.
36788 Eagle Way
Chicago, IL 60678

G & K Services
8201 South Cork Ave.
Justice, IL 60458


General Electric Co.
P.O. Box 640328
Pittsburgh, PA 15264-0328


GMAC
P.O. Box 51014
Carol Stream, IL 60125-1014


GMAC Payment Processing
P.O. Box 9001948
Louisville, KY 40290


Golan & Christie
70 W. Madison St.
Ste. 1500
Chicago, IL 60602


Groot West Chicago
P.O. Box 309
Elk Grove Village, IL 60009


Home Depot
P.O. Box 6029 Dept. 32
2004354795
The Lakes, NV 88901-6028


Home Depot
P.O. Box 6028
The Lakes, NV 88901-6028


HSBC Business Solutions
P.O. Box 5239
Carol Stream, IL 60197-5239


HSBC Card Services
PO box 17313
Baltimore, MD 21297-1313


John J. Rainone Jr.
18538 Nimitz Rd.
Villa Park, IL 60181

Julianne M. Marotz
1553 S. Blanchard St.
Wheaton, IL 60187


Kelly Publishing Inc.
1625 Candletree Dr.
Peoria, IL 61614


Kevin R. Runge
24453 Davids Court
Naperville, IL 60564


Lakeview Appliances
Dept. CH 17485
Palatine, IL 60055-7485


Miele
9 Independence Way
Princeton, NJ 08540


Mill Street Properties
1805 High Grove Lane
Ste 153
Naperville, IL 60540


Mill Street Properties, LLC.
c/o Attorney Phillip R. Nathe
552 S. Washington St. #104
Naperville, IL 60540


Minuteman Press
1577 Naperville/Wheaton Rd
Naperville, IL 60563


Nancy St. Juliana
1407 Cress Creek Ct.
Naperville, IL 60563


Naperville Magazine
55 South Main Street
Ste 300
Naperville, IL 60540

Nelson's Services, Inc.
670 W. 5th Ave. # 124
Naperville, IL 60563


Nicor
PO Box 416
Aurora, IL 60568


Nicor
PO Box 310
Aurora, IL 60507


Northern IL Home Bldr Assoc.
3695 Darlen Court
Ste. 102
Aurora, IL 60504


O'Rourke Brothers
3855 Elmore Ave. Ste. 100
Davenport, IA 52807


One II One Group, LLC.
15774 S. Lagrange Rd. # 115
Orland Park, IL 60462


Paychex
1000 E. Warrenville Rd.
Ste. 200
Naperville, IL 60563


Picker & Assoc., CPA
1110 Lake Cook Rd.
Ste. 301
Buffalo Grove, IL 60089


Prizer-Painter Stove Work
600 Arlington St.
Reading, PA 19611


Richard G. Polarek
2040 Mustang Dr.
Naperville, IL 60565

Sandow Media Corp.
3731 NW 8th Ave.
Boca Raton, FL 33431


See UCC1 forms (Sch.B-30b) attached


Signs Now #215
426 W. Fifth Ave.
Naperville, IL 60563


Speakeasy Network
P.O. Box 34654
Seattle, WA 98124


Speedway
P.O. Box 740587
Cincinnati, OH 45274


Sprint
P.O. Box 219554
Kansas City, MO 64121


Sprint
PO Box 6419
Carol Stream, IL 60197


Studio Classics Inc. / Thomas Bane
2413 Rivermist Ct.
Naperville, IL 60565


Susanne Wehrli
946 Norwood Court
Naperville, IL 60540


Timothy P. Siegler
3961 Sterling Rd.
Downers Grove, IL 60515


Trudi K. Theis
213 E High St
Sycamore, IL 60178

Tyler Net, Inc.
4625 E. Bay Dr. Ste. 201
Clearwater, FL 33764


Westye Group
23192 Network Place
Chicago, IL 60673


Win Wehrli Attorney Law
104 South Parkway Dr.
Naperville, IL 60540


Windy City Marketing
1336 West Grand Ave.
Chicago, IL 60642

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **Wehrli Home Appliances, Inc.**

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Wehrli Home Appliances, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 27, 2009**

Date

**/s/ Kent A. Gaertner**

**Kent A. Gaertner 3121489**

Signature of Attorney or Litigant

Counsel for    **Wehrli Home Appliances, Inc.**

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**
**630-510-0000 Fax:630-510-0004**