UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re: §
§
WEHRLI HOME APPLIANCES, INC. § Case No. 09-06444
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
     CLERK OF COURT
     219 S. DEARBORN STREET
     CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 06/17/2011 in Courtroom 201,
     Will County Court Annex
     57 N. Ottawa Street
     Joliet IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/27/2011     By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
                                    §
WEHRLI HOME APPLIANCES, INC.        §        Case No. 09-06444
                                    §
        Debtor(s)                   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 193,123.64 |
| and approved disbursements of | $ | 7,348.30 |
| leaving a balance on hand of[1] | $ | 185,775.34 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000002 | GE BUSINESS CREDIT SERVICES | $ 6,653.02 | $ 6,653.02 | $ 0.00 | $ 6,653.02 |
| 000003 | GE BUSINESS CREDIT SERVICES | $ 11,086.30 | $ 11,086.30 | $ 0.00 | $ 11,086.30 |
| 000005B | Artradius Trade Credit Insurance Inc | $ 32,376.10 | $ 8,850.00 | $ 0.00 | $ 8,850.00 |
| 000020B | First Midwest Bank | $ 466,305.57 | $ 466,305.57 | $ 0.00 | $ 136,620.90 |
| 000026 | Dacor | $ 9,655.00 | $ 9,655.00 | $ 0.00 | $ 9,655.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 172,865.22 |
| Remaining Balance | $ | 12,908.54 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 12,906.10 | $ 0.00 | $ 12,906.10 |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ 2.44 | $ 0.00 | $ 2.44 |

    Total to be paid for chapter 7 administrative expenses      $    12,908.54

    Remaining Balance      $    0.00

    Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 23,001.41 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Julianne M. Marotz | $ 3,346.08 | $ 0.00 | $ 0.00 |
| 000009 | Richard G. Polarek | $ 814.26 | $ 0.00 | $ 0.00 |
| 000011 | Illinois Department of Employment Security | $ 6,331.07 | $ 0.00 | $ 0.00 |
| 000016 | David Bjorseth | $ 900.00 | $ 0.00 | $ 0.00 |
| 000022 | Nancy St. Juliana | $ 3,210.00 | $ 0.00 | $ 0.00 |
| 000028 | John J. Rainone Jr. | $ 8,400.00 | $ 0.00 | $ 0.00 |

    Total to be paid to priority creditors      $    0.00

    Remaining Balance      $    0.00

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 284,526.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if

applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Lakeview Appliances | $ 86,423.30 | $ 0.00 | $ 0.00 |
| 000008 | Signs Now #215 | $ 73.54 | $ 0.00 | $ 0.00 |
| 000010 | Prizer-Painter Stove Work | $ 8,865.00 | $ 0.00 | $ 0.00 |
| 000012 | Studio Classics Inc. / Thomas Bane | $ 6,229.00 | $ 0.00 | $ 0.00 |
| 000013 | Mill Street Properties, LLC. | $ 18,445.00 | $ 0.00 | $ 0.00 |
| 000014 | O'Rourke Brothers | $ 6,228.43 | $ 0.00 | $ 0.00 |
| 000015 | Buikema's Ace Hardware | $ 421.07 | $ 0.00 | $ 0.00 |
| 000017 | Speedway SuperAmerica LLC | $ 1,422.91 | $ 0.00 | $ 0.00 |
| 000018 | Express One - Chicago | $ 222.10 | $ 0.00 | $ 0.00 |
| 000020A | First Midwest Bank | $ 84,759.98 | $ 0.00 | $ 0.00 |
| 000023 | Paychex Inc | $ 228.55 | $ 0.00 | $ 0.00 |
| 000024 | Trudi K. Theis | $ 5,949.90 | $ 0.00 | $ 0.00 |
| 000025 | Blink Appliances and Kitchens | $ 3,309.00 | $ 0.00 | $ 0.00 |
| 000027 | Naperville Magazine | $ 13,239.42 | $ 0.00 | $ 0.00 |
| 5A | Artradius Trade Credit | $ 32,376.10 | $ 0.00 | $ 0.00 |
| 26A | Dacor | $ 11,842.00 | $ 0.00 | $ 0.00 |
| 29 | CarMax Auto Finance | $ 4,490.89 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $ 0.00

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms  
                                Trustee

*BRENDA PORTER HELMS, TRUSTEE*  
*3400 W. LAWRENCE AVENUE*  
*CHICAGO, IL 60625*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                           Case No. 09-06444-JHS
Wehrli Home Appliances, Inc.                                     Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: mrahmoun              Page 1 of 2                  Date Rcvd: Apr 28, 2011
                              Form ID: pdf006             Total Noticed: 82


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2011.
db           +Wehrli Home Appliances, Inc.,    946 Norwood Ct.,   Naperville, IL 60540-8242
aty          +Brenda Porter Helms, ESQ,   The Helms Law Firm, P.C.,    3400 W Lawrence Avenue,
               Chicago, IL 60625-5104
aty          +Kent A Gaertner,   Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Rd., Suite 330,
               Wheaton, IL 60187-4547
tr           +Brenda Porter Helms, ESQ,   The Helms Law Firm, P.C.,    3400 West Lawrence,
               Chicago, IL 60625-5104
13578905     +AVB/Brand Source,   100 S. Anaheim Blvd. # 250,    Anaheim, CA 92805-3872
13578902     +Almo Distribution,   P.O. Box 510783,   Philadelphia, PA 19175-0783
13578903     +Arena Marketing, Inc.,   6690 South Rte. 53,   Woodridge, IL 60517-5416
13578904     +At Your Service Advertising,   1171 Pleasant Ct.,   Batavia, IL 60510-3212
13578906     +Bankcard Services,   First Midwest Bank Payment Process,    P.O. Box 9003,   Gurnee, IL 60031-9003
14117953     +Blink Appliances and Kitchens,   2717 Glenwood-Lansing Road,    Lynwood IL 60411-6304
13578907     +Bluecross Blueshield,   P.O. Box 1186,   Chicago, IL 60690-1186
13578908     +Brian M. Davis,   13 N. Main St.,   Naperville, IL 60540-4507
13578909     +Buikema's Ace Hardware,   1030 N. Washington St.,   Naperville, IL 60563-2700
13578901     +Car Max Auto Finance,   P.O. Box 3174,   Milwaukee, WI 53201-3174
13980618     +CarMax Auto Finance,   Bankruptcy Department,    P.O. Box 440609,   Kennesaw, GA 30160-9511
13578910     +Carmax Auto Finance,   P.O. Box 3174,   Milwaukee, WI 53201-3174
13578911     +City of Naperville,   400 S. Eagle St.,   P.O. Box 3020,   Naperville, IL 60566-7020
13578912     +Clear Image Laser Product,   23W301 Wedgewood Ct.,   Naperville, IL 60540-9569
13578913     +Contract Services,   2038 Atherton Circle,   Corona, CA 92879-8547
13578914     +Copy Doc,   709 St. Johns Place,   Addison, IL 60101-3268
13578915     +Dacor,   P.O. Box 514180,   Los Angeles, CA 90051-4180
13578916     +Daniel G. Roake,   910 Bluebell Circle,   Joliet, IL 60431-8874
13578917      David Bjorseth,   245 Lra Dr.,   Aurora, IL 60506-4524
13578919     +Douglas Wehrli,   946 Norwood Court,   Naperville, IL 60540-8242
13578925     +Douglas Wehrli,   946 Norwood Ct.,   Naperville, IL 60540-8242
13578920     +Douglas Wehrli,   904 Norwood Ct.,   Naperville, IL 60540-8242
13578926     +DuPage Industries, Inc.,   381 Beinoris Dr.,   Wood Dale, IL 60191-1229
13578927     +Everpure, LLC.,   13094 Collection Center Dr.,   Chicago, IL 60693-0130
13578928     +Expert Finance,   P.O. Box 74697,   Chicago, IL 60675-4697
13578929     +Express One - Chicago,   P.O. Box 900070,   Sandy, UT 84090-0070
13578930     +First Equity Card,   P.O. Box 23029,   Columbus, GA 31902-3029
13578931     +First Midwest Bank,   P.O. Box 9003,   Gurnee, IL 60031-9003
13993882      First Midwest Bank,   c/o David L Kabat/Katherine L,   Haennicke/233 S Wacker 22nd Fl,
               Chicago IL 60606
13578932     +Fisher & Paykel,   File No. 54946,   Los Angeles, CA 90074-0001
13578933     +Fort Dearborn Life Insurance Co.,    36788 Eagle Way,   Chicago, IL 60678-1367
13578934     +G & K Services,   8201 South Cork Ave.,   Justice, IL 60458-1718
13636881     +GE BUSINESS CREDIT SERVICES,   MICHAEL B BACH ESQ,   11256 CORNELL PARK DR STE 500,
               CINCINNATI OH 45242-1832
15245960     +GE Business Credit Services,   Michael B. Bach,   25 Whitney Drive, Suite 106,
               Milford, OH 45150-8400
13578936      GMAC,   P.O. Box 9001952,   Louisville, KY 40290-1952
13578937     +GMAC Payment Processing,   P.O. Box 9001948,   Louisville, KY 40290-1948
13578935      General Electric Co.,   P.O. Box 640328,   Pittsburgh, PA 15264-0328
13578938     +Golan & Christie,   70 W. Madison St.,   Ste. 1500,   Chicago, IL 60602-4265
13578939     +Groot West Chicago,   P.O. Box 309,   Elk Grove Village, IL 60009-0309
13578942      HSBC Business Solutions,   P.O. Box 5239,   Carol Stream, IL 60197-5239
13578943      HSBC Card Services,   PO box 17313,   Baltimore, MD 21297-1313
13578940      Home Depot,   P.O. Box 6029 Dept. 32,   2004354795,   The Lakes, NV 88901-6028
13894762     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808
13578944     +John J. Rainone Jr.,   1s538 Nimitz Rd.,   Oak Brook Terrace , IL 60181-4022
13578945      Julianne M. Marotz,   1553 S. Blanchard St.,   Wheaton, IL 60189-7641
13578946     +Kelly Publishing Inc.,   1625 Candletree Dr.,   Peoria, IL 61614-1590
13578947     +Kevin R. Runge,   24453 Davids Court,   Naperville, IL 60564-8055
13578948     +Lakeview Appliances,   Attn Daniel Signorini,   1065 Thorndale Ave,   Bensenville IL 60106-1141
13578949     +Miele,   9 Independence Way,   Princeton, NJ 08540-6621
13578950     +Mill Street Properties,   1805 High Grove Lane,   Ste 153,   Naperville, IL 60540-3987
13578951     +Mill Street Properties, LLC.,   c/o Attorney Phillip R. Nathe,    552 S. Washington St. #104,
               Naperville, IL 60540-6658
13578952     +Minuteman Press,   1577 Naperville/Wheaton Rd,   Naperville, IL 60563-1556
13578953     +Nancy St. Juliana,   1407 Cress Creek Ct.,   Naperville, IL 60563-1215
13578954     +Naperville Magazine,   55 South Main Street,   Ste 300,   Naperville, IL 60540-8581
13578955     +Nelson's Services, Inc.,   670 W. 5th Ave. # 124,   Naperville, IL 60563-3475
13578958     +Northern IL Home Bldr Assoc.,   3695 Darlen Court,   Ste. 102,   Aurora, IL 60504-6542
13578959     +O'Rourke Brothers,   3885 Elmore Ave. Ste. 100,   Davenport, IA 52807-2580
13578960     +One II One Group, LLC.,   15774 S. Lagrange Rd. # 115,   Orland Park, IL 60462-4766
13578963     +Prizer-Painter Stove Work,   600 Arlington St.,   Reading, PA 19611-2031
13578964     +Richard G. Polarek,   2040 Mustang Dr.,   Naperville, IL 60565-6707
13578965     +Sandow Media Corp.,   3731 NW 8th Ave.,   Boca Raton, FL 33431-6412
13578967     +Signs Now #215,   426 W. Fifth Ave.,   Naperville, IL 60563-2985
```

```
District/off: 0752-1           User: mrahmoun              Page 2 of 2             Date Rcvd: Apr 28, 2011
                               Form ID: pdf006             Total Noticed: 82

13578968     +Speakeasy Network,    P.O. Box 34654,    Seattle, WA 98124-1654
13578969     +Speedway,    P.O. Box 740587,    Cincinnati, OH 45274-0587
13937340     +Speedway SuperAmerica LLC,    PO Box 1590,    Springfield, OH 45501-1590
13578970     +Sprint,    P.O. Box 219554,    Kansas City, MO 64121-9554
13578972     +Studio Classics Inc. / Thomas Bane,     2413 Rivermist Ct.,    Naperville, IL 60565-5426
13578973     +Susanne Wehrli,    946 Norwood Court,    Naperville, IL 60540-8242
13578974     +Timothy P. Siegler,    3961 Sterling Rd.,    Downers Grove, IL 60515-2222
13578975     +Trudi K. Theis,    213 E High St,    Sycamore, IL 60178-1903
13578976     +Tyler Net, Inc.,    4625 E. Bay Dr. Ste. 201,    Clearwater, FL 33764-6867
13578977     +Westye Group,    23192 Network Place,    Chicago, IL 60673-1231
13578978     +Win Wehrli Attorney Law,    104 South Parkway Dr.,    Naperville, IL 60540-5254
13578979     +Windy City Marketing,    1336 West Grand Ave.,    Chicago, IL 60642-8096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13578918     +E-mail/Text: CustomerNoticesEast@dexknows.com Apr 28 2011 23:10:36      Dex,    8519 Innovation Way,
               Chicago, IL 60682-0085
13578957     +E-mail/Text: bankrup@nicor.com Apr 28 2011 22:39:19       Nicor,    PO Box 310,
               Aurora, IL 60507-0310
13578956     +E-mail/Text: bankrup@nicor.com Apr 28 2011 22:39:19       Nicor,    PO Box 416,
               Aurora, IL 60568-0001
13578961     +E-mail/Text: dladwig@paychex.com Apr 28 2011 23:10:54      Paychex Inc,    1175 John St,
               W Henrietta NY 14586-9199
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13578966      See UCC1 forms (Sch.B-30b) attached
13578921*    +Douglas Wehrli,    904 Norwood Ct.,    Naperville, IL 60540-8242
13578922*    +Douglas Wehrli,    904 Norwood Ct.,    Naperville, IL 60540-8242
13578923*    +Douglas Wehrli,    904 Norwood Ct.,    Naperville, IL 60540-8242
13578924*    +Douglas Wehrli,    904 Norwood Ct.,    Naperville, IL 60540-8242
13925391    ##+Artradius Trade Credit Insurance Inc,     5026 Campbell Boulevard Suite C,
               Baltimore, MD 21236-4966
13578941    ##Home Depot,    P.O. Box 6028,    The Lakes, NV 88901-6028
13578962    ##+Picker & Assoc., CPA,    1110 Lake Cook Rd.,    Ste. 301,    Buffalo Grove, IL 60089-1992
13578971    ##+Sprint,    PO Box 6419,    Carol Stream, IL 60197-6419
                                                                                         TOTALS: 1, * 4, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 30, 2011**                    **Signature:**     _Joseph Speetjens_