UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
WEHRLI HOME APPLIANCES, INC. § Case No. 09-06444
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on          . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Almo Distribution | | | | | |
| | General Electric Company | | | | | |
| 000005B | ARTRADIUS TRADE CREDIT INSURANCE IN | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000026 | DACOR | | | | | |
| 000020B | FIRST MIDWEST BANK | | | | | |
| 000003 | GE BUSINESS CREDIT SERVICES | | | | | |
| 000002 | GE BUSINESS CREDIT SERVICES | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| HELMS, BRENDA PORTER | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| SURETIES, INTERNATIONAL | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Daniel G. Roake | | | | | |
| | Douglas Wehrli | | | | | |
| | Kevin Runge | | | | | |
| | Susanne Wehrli | | | | | |
| | Timothy P. Siegler | | | | | |
| | Trudi K. Theis | | | | | |
| 000016 | DAVID BJORSETH | | | | | |
| 000028 | JOHN J. RAINONE JR. | | | | | |
| 000006 | JULIANNE M. MAROTZ | | | | | |
| 000022 | NANCY ST. JULIANA | | | | | |
| 000009 | RICHARD G. POLAREK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AVB/Brand Source | | | | | |
| | Arena Markeing | | | | | |
| | At Your Service Advertising | | | | | |
| | Bank Card Services | | | | | |
| | Blue Cross Blue Shield | | | | | |
| | Brian M. Davis | | | | | |
| | City of Naperville | | | | | |
| | Clear Image Laser Products | | | | | |
| | Contract Servcies | | | | | |
| | Copy Doc | | | | | |
| | Dex | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DuPage Industries | | | | | |
| | Everpure LLC | | | | | |
| | Expert Finance | | | | | |
| | First Equity Card | | | | | |
| | Fisher & Paykel | | | | | |
| | Fort Dearborn Life Insurance Co. | | | | | |
| | G&K Serivces | | | | | |
| | GMAC Payment Processing | | | | | |
| | Golan & Christie | | | | | |
| | Groot West Chicago | | | | | |
| | HSBC Business SErvices | | | | | |
| | Home Depot | | | | | |
| | Kelly Publishing | | | | | |
| | Minute Man Press | | | | | |
| | Nelson's Services, Inc. | | | | | |
| | Nicor | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | No. IL Home Bulder Assoc. | | | | | |
| | One II One Group LLC | | | | | |
| | Picker & Assoc. CPA | | | | | |
| | Sandow Media Corp. | | | | | |
| | Speakeasy Network | | | | | |
| | Speedway | | | | | |
| | Sprint | | | | | |
| | Tyler Net Inc. | | | | | |
| | Westye Group | | | | | |
| | Win Wehrli Attorney | | | | | |
| | Windy City Marketing | | | | | |
| 000005A | ARTRADIUS TRADE CREDIT INSURANCE IN | | | | | |
| 000025 | BLINK APPLIANCES AND KITCHENS | | | | | |
| 000015 | BUIKEMA'S ACE HARDWARE | | | | | |
| 000019 | CARMAX AUTO FINANCE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5A | CREDIT, ARTRADIUS TRADE | | | | | |
| 26A | DACOR | | | | | |
| 000018 | EXPRESS ONE - CHICAGO | | | | | |
| 29 | FINANCE, CARMAX AUTO | | | | | |
| 000020A | FIRST MIDWEST BANK | | | | | |
| 000001 | GE BUSINESS CREDIT SERVICES | | | | | |
| 000007 | LAKEVIEW APPLIANCES | | | | | |
| 000021 | MILL STREET PROPERTIES | | | | | |
| 000013 | MILL STREET PROPERTIES, LLC. | | | | | |
| 000027 | NAPERVILLE MAGAZINE | | | | | |
| 000014 | O'ROURKE BROTHERS | | | | | |
| 000023 | PAYCHEX INC | | | | | |
| 000010 | PRIZER-PAINTER STOVE WORK | | | | | |
| 000008 | SIGNS NOW #215 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000017 | SPEEDWAY SUPERAMERICA LLC | | | | | |
| 000012 | STUDIO CLASSICS INC. / THOMAS BANE | | | | | |
| 000024 | TRUDI K. THEIS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |